Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant DONNIE SIMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONNIE SIMPSON,<br><br>    Defendant. | Case No.: 1:14-cr-00146-AWI-BAM<br><br>**AMENDED JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |

    IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Donnie Simpson, and Brian Enos, Assistant United States Attorney, that the 2nd Status Conference Hearing set for January 12, 2015 be continued to March 9, 2015.

    The continuance is requested by counsel for the Defendant due to the fact that counsel would like to review and discuss the plea offer with Defendant. Counsel for Defendant has spoken to the Assistant U.S. Attorney, Brian Enos, who has no objections to this continuance.

    For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED: January 8, 2015                    /s/ Brian Enos
                                          BRIAN ENOS
                                          Assistant United States Attorney

DATED: January 8, 2015                    /s/Mark A. Broughton
                                          MARK A. BROUGHTON
                                          Attorney for Donnie Simpson

ORDER

IT IS SO ORDERED that the 2nd Status Conference is continued from January 12, 2015 to March 9, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO ORDERED.

Dated:   **January 9, 2015**                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE