Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel:  (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant DONNIE SIMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>DONNIE SIMPSON,<br><br>　　　　Defendant. | Case No.: 1:14-cr-00146-AWI-BAM<br><br>**STIPULATION TO CONTINUE APRIL 13, 2015 STATUS CONFERENCE TO JUNE 8, 2015;  ORDER RE SAME**<br><br>Courtroom: 3<br><br><br>Hon. Barbara A. McAuliffe |

　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Donnie Simpson, and Brian Enos, Assistant United States Attorney, that the 3rd Status Conference Hearing set for April 13, 2015 at 1:00 p.m. be continued to June 8, 2015 at 1:00 p.m.

　　　This stipulation is based on good cause. Specifically, the continuance is requested by counsel for the Defendant due to the fact that the parties are still working through the computer forensic issues, the result of which may have a substantial impact on reaching a resolution in this matter.  Counsel for Defendant will be in a jury trial during the month of May, which makes June

8th the next agreeable time to continue the Status Conference. Counsel for Defendant has spoken to the Assistant U.S. Attorney, Brian Enos, who has no objections to this continuance.

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  April 9, 2015                           /s/ Brian Enos
                                                BRIAN ENOS
                                                Assistant United States Attorney

DATED:  April 9, 2015                           /s/Mark A. Broughton
                                                MARK A. BROUGHTON
                                                Attorney for Donnie Simpson


ORDER

**IT IS SO ORDERED that** the 3rd Status Conference Hearing on April 13, 2015 at 1:00 p.m. is continued to June 8, 2015 at 1:00 p.m before Judge McAuliffe.   Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO ORDERED.

Dated:   **April 9, 2015**                      /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE