BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:14-cr-00146 AWI BAM |
| Plaintiff, | **STIPULATION TO VACATE JUNE 8, 2015 STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING FOR JULY 6, 2015; ORDER RE SAME** |
| v. | Date:        July 6, 2015<br>Time:        10:00 a.m.<br>Ctrm:       2 |
| DONNIE LEE SIMPSON, | |
| Defendant. | |

        THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective

attorneys of record, that the pending June 8, 2015 status conference regarding this matter in Courtroom 8

be vacated and a change of plea hearing be set for July 6, 2015, at 10:00 a.m. in Courtroom 2.

        This stipulation is based on good cause.  Specifically, counsel for the parties have engaged in

extensive discussions regarding the resolution of this matter, and believe that they have reached a

resolution in the case.  The parties anticipate that an executed plea agreement will be filed in the near

future, and before the requested change of plea hearing.

1     For the above stated reason, the stipulated continuance will conserve time and resources for both

2  the parties and the court, and the delay resulting from this continuance shall be excluded in the interests

3  of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

4                                                      (As auth. 6/3/15)

5  Dated: June 3, 2015                               By: /s/ Mark A. Broughton
                                                      Mark A. Broughton
6                                                     Attorney for Defendant
                                                      DONNIE LEE SIMPSON
7

8  Dated: June 3, 2015                               BENJAMIN B. WAGNER
                                                      United States Attorney
9

10                                                    By: /s/ Brian W. Enos
                                                      Brian W. Enos
11                                                    Assistant U.S. Attorney

12

13                                       ORDER

14     IT IS SO ORDERED that the 3rd Status Conference set for June 8, 2015 at 1:00PM before Judge

15  McAuliffe is Vacated and a Change of Plea hearing is set before Judge Ishii on July 6, 2015 at

16  10:00AM.  Time is excluded pursuant to 18 U.S.C. § 3161(h) (7)(A).

17
   IT IS SO ORDERED.
18

19     Dated:   **June 3, 2015**              /s/ Barbara A. McAuliffe

20                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28