Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Rachel W. Hill, #151522
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Donnie Simpson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>DONNIE SIMPSON,<br><br>             Defendant | Case No.: 1:14-cr-00146-AWI-BAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, attorney for defendant DONNIE SIMPSON, and Brian W. Enos, Assistant United States Attorney, that the status conference be continued from July 6, 2015 at 10:00 a.m. to August 3, 2015 at 10:00 a.m.

This stipulation is based on good case.  Specifically, attorney Mark A. Broughton has been out of the office due to a death in the family; therefore, unable to discuss the plea agreement with defendant Donnie Simpson.

//

//

//

//

//

1

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excludable in the interests of justice pursuant to 18 U.S.C. Section 3161(h) (7)(A).

Dated: July 2, 2015                    Respectfully submitted,

                                                  /s/Mark A. Broughton
                                                  Mark A. Broughton
                                                  Attorney for Defendant,
                                                  Donnie Simpson

Dated: July 2, 2015                    /s/ Brian W. Enos
                                                  Brian W. Enos
                                                  Assistant U.S. Attorney

## **ORDER**

The Status Conference for the above named defendant previously set for July 6, 2015, is continued to August 3, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  July 2, 2015                    _____
                                                  SENIOR  DISTRICT  JUDGE