Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Rachel W. Hill, #151522
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant DONNIE LEE SIMPSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br><br>DONNIE LEE SIMPSON,<br><br>  Defendant. | Case No.: 1:14-cr-00146-AWI-BAM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE AUGUST 3, 2015 CHANGE OF PLEA HEARING TO AUGUST 10, 2015**<br><br>Courtroom: 2<br><br>Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Donnie Lee Simpson, and Brian Enos, Assistant United States Attorney, that the Change of Plea Hearing set for August 3, 2015 at 10:00 a.m. be continued to August 10, 2015 at 10:00 a.m.

This stipulation is based on good cause. Specifically, attorney Mark A. Broughton will be out of the country on vacation until August 3, 2015; therefore, he will be unable to discuss certain issues with Assistant U.S. Attorney, Brian Enos until his return. Counsel for Defendant

has spoken to the Assistant U.S. Attorney, Brian Enos, who has no objections to this continuance.

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  July 21, 2015                    /s/ Brian Enos
                                         BRIAN ENOS
                                         Assistant United States Attorney

DATED:  July 21, 2015                    /s/ Mark A. Broughton
                                         MARK A. BROUGHTON
                                         Attorney for Donnie Lee Simpson

## ORDER

The August 3, 2015 Change of Plea Hearing is CONTINUED to August 10, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 21, 2015                   _____
                                         SENIOR  DISTRICT  JUDGE