1  BENJAMIN B. WAGNER
United States Attorney
2  BRIAN W. ENOS
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
6
7  Attorneys for Plaintiff
United States of America
8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00146-AWI |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| DONNIE LEE SIMPSON, | |
| Defendant. | |

WHEREAS, on August 24, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Donnie Lee Simpson forfeiting to the United States the following property:

   a. Western Digital 1TB hard drive (SN #WCAV55333902), seized from defendant by law enforcement on or about January 28, 2014, including all data and media contained therein ;

   b. Western Digital 1TB hard drive (SN# WCAU40468893), seized from defendant by law enforcement on or about January 28, 2014, including all data and media contained therein;

Final Order of Forfeiture                    1

      c. Seagate 500MB hard drive (SN#5YX1G2PM), seized from the defendant by law enforcement on or about January 28, 2014, including all data and media contained therein; and

      d. Computer, compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about January 28, 2014, including all data and media contained therein.

AND WHEREAS, beginning on August 27, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Donnie Lee Simpson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   November 5, 2015                        _____
                                                    SENIOR DISTRICT JUDGE